UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ECCO USA, INC.,

        Plaintiff(s),

Case No. 06-14558

v.

HONORABLE AVERN COHN

CENTRAL FOOTWEAR GROUP, LLC,

        Defendant(s).
_____/

### **PARTIAL JUDGMENT**

For the reasons stated in the Court's Memorandum and Order entered and filed on this date, partial judgment is entered in favor of the Plaintiff in the amount of **$1,290,563.94**.

IT IS FURTHER ORDERED that the this partial judgment is immediately enforceable.

DAVID WEAVER

Dated: June 29, 2007          By: s/ Julie Owens
                                                Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, June 29, 2007, by electronic and/or ordinary mail.

                                               s/Julie Owens
                                               Case Manager, (313) 234-5160